

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00268-CV

Fredrick Deone Gooden § From the 30th District Court

v. § of Wichita County (178,163-A)

Jason W. Scholl, D. Alvorado, D. Piazza, S. Trent, James Anders, Traci Cooke, Linda Richey, T.D.C.J.-CID, and Rick Thaler § August 22, 2013

§ Per Curiam

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM